IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LAMONT KNOX, | 1:11-cv-01598-GBC (PC) |
| Plaintiff, | |
| vs. | ORDER FOR PLAINTIFF TO CLARIFY PRISONER STATUS AND MAILING ADDRESS |
| MERCED SHERIFF DEPARTMENT, et al., | |
| Defendants. | ( DOCS. 1, 2) |

On September 21, 2011, Plaintiff filed a civil rights complaint and the mailing address indicates that he is not currently incarcerated. (Doc. 1). However, in Plaintiff's motion to proceed in forma pauperis ("IFP"), Plaintiff indicates that he is currently a prisoner at John Latorraca Correctional Facility located in Merced, California. (Doc. 2). If Plaintiff is not incarcerated at the time of filing the complaint, Plaintiff has submitted the incorrect form requesting IFP status.

For the foregoing reasons, the Court HEREBY ORDERS Plaintiff to clarify his correct mailing address and prisoner status in order for the Court to proceed in its consideration of Plaintiff's IFP request.

IT IS SO ORDERED.

Dated:    October 3, 2011

UNITED STATES MAGISTRATE JUDGE

-1-